UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


KARL OF THE FAMILY OF HERRINGTON,

                Petitioner,

v.                              CASE NO. 2:11-cv-12954
                              HONORABLE. DENISE PAGE HOOD

WAYNE COUNTY SHERIFF
BENNY N. NAPOLEON,

                Respondent.
_____/

## JUDGMENT

In accordance with the Opinion and Order entered on this date,

**IT IS ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is

**DISMISSED WITHOUT PREJUDICE**.


                        s/Denise Page Hood_____
                        United States District Judge


Dated:  July 28, 2011


I hereby certify that a copy of the foregoing document was served upon Karl Herrington, 3501 Hamtramick Drive, Hamtramick, MI 48211 and  counsel of record on July 28, 2011, by electronic and/or ordinary mail.

                        s/LaShawn R. Saulsberry_____
                        Case Manager